THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELIAS JAZRA, Appellant.

(Argued April 4, 1917; decided May 8, 1917.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York rendered July 6, 1916, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Millard H. Ellison* and *James A. Foley* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel) for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.